# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>v.<br><br>REGINO FLORES GARCIA, *doing business as Senor Pancho's*, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00930-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>**TWENTY-ONE DAY DEADLINE** |

On December 9, 2024, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within 21 days. (ECF No. 16.) Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within twenty-one (21) days of entry of this order. Any request for extension of time to file dispositional documents must be supported by good cause. See L.R. 160(b).

IT IS SO ORDERED.

Dated: **December 10, 2024**

                                          STANLEY A. BOONE
                                          United States Magistrate Judge