# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE ESCOBEDO,<br><br>     Plaintiff,<br><br>  v.<br><br>REGINO FLORES GARCIA, et al.,<br><br>     Defendants. | Case No. 1:24-cv-00930-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 18) |

On December 24, 2024, the parties filed a stipulation dismissing this action with prejudice. In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is hereby directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __December 26, 2024__

STANLEY A. BOONE
United States Magistrate Judge